**In re THREE–DIMENSIONAL MEDIA GROUP, LTD.**

**No. 2011–1055.**
**(Reexamination No. 90/007,578).**

United States Court of Appeals, Federal Circuit.

Dec. 12, 2011.

Seth H. Ostrow, Ostrow Kaufman, LLP, of New York, NY, argued for the appellant. With him on the brief were Matthew L. Kaufman was Antonio Papageorgiou.

William Lamarca, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for the appellee. With him on the brief were Raymond T. Chen, Solicitor, and Scott Weidenfeller, Associate Solicitor.

LOURIE, PLAGER, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered,

it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**